RAYMOND PLUNSKE *v.* BOARD OF TAX REVIEW
OF THE TOWN OF BETHEL
(3583)

DUPONT, C. J., BORDEN and BIELUCH, Js.

Argued January 10—decision released February 11, 1986

*Raymond W. Beckwith,* for the appellant (plaintiff).
*Stephen C. Gallagher,* for the appellee (defendant).

PER CURIAM. There is no error.